UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BREWART,

    Plaintiff/Counter-Defendant,

vs                                                      Case No: 13-11657
                                                        Honorable Victoria A. Roberts

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant/Counter-Plaintiff.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 10, 2015, Magistrate Judge Patti issued a Report and Recommendation ("R&R") recommending that the Court deny Defendant/Counter-Plaintiff's Motion for Summary Judgment and grant its Motion to Amend Counter-Claim. No objections were filed to the R&R.

In accordance with 28 U.S.C. § 363(b)(1)(B), the Court conducted a *de novo* *review* of the R&R. The Court agrees with Magistrate Judge Patti's conclusion.

The court **ADOPTS** the R&R; Defendant/Counter-Plaintiff's Motion for Summary Judgment is **DENIED** and Motion to Amend Counterclaim is **GRANTED**.

This case will proceed to trial on Plaintiff's Complaint for Breach of Contract and Negligent Misrepresentation.

Traveler's is allowed to Amend its Counterclaim to assert a claim for unjust enrichment.

The Amended Counterclaim must be filed not later than October 2, 2015.

**IT IS ORDERED.**

    /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 21, 2015

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 21, 2015.<br><br>s/Linda Vertriest<br>Deputy Clerk |